UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT_____

FILED

DEC 1 8 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

Joshua Micah Christensen )
)
_____ )
)
_____ )
)
Name of plaintiff (s) )
)
)
v. )        Case No. ___2:23-CV-74_____
)                 (to be assigned by Clerk)
Kingsport Sessions Court Div III )
)
Assistant District Attorney )
)
Sullivan County Public Defenders )
Name of defendant (s)        Office )

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

I was convicted of a class A misdemeanor stalking when by Tennessee state law there was a clear and present lack of evidence and thus suffered a malicious prosecution

2. Plaintiff, __Joshua Micah Christensen_____ resides at

__1021 Tip Top Ave_____, __Kingsport_____
street address                                             city

__Sullivan_____, __TN__, __37665__, __423-863-1233__.
county                    state        zip code        telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, _Kingsport Sessions Court DivIII_ lives at, or its business is located at

_200 Shelby St_                                    , _Kingsport_                    ,
  street address                                                                      city
_Sullivan_                                    , _TN_                , _37660_                    .
  county                                           state                        zip code

(if more than one defendant, provide the same information for each defendant below)

_____

District Attorney's General- 140 Blountville Bypass, Blountville, TN. 37617
Sullivan County Public Defender's Office- 266 Blountville Bypass, Blountville, TN. 37617

_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and
how each defendant is involved. You may use additional paper if necessary):

On 2/2/2021 I was convicted of a Class A misdemeanor
stalking offense that by Tennessee Law possessed insufficient
evidence to convict or offer a guilty plea.
Tennessee Law states that stalking is a willful course of conduct,
Tennessee define's willful course of conduct as a pattern of conduct
compossed of a series of two (2) or more separate noncontinuous
acts evidencing a continuity of purpose. In the Affidavit of Complaint
there is only one (1) course of conduct allegedly violated which
suggests a malicious arrest and improperly charged. To the possible
malicious prosecution, the defendant involved in that aspect
would be the assistant District Attorney assigned to this case.

2

## Statement of Claim

To the involvement of the Sullivan County Public Defenders office. Public Defender DOUG FANCE is who represented me on case # 21-RK-67886, which was a charge of class A misdemeanor stalking.

My complaint is that MR D. FANCE either did'nt know TENNESSEE LAW in regards to misdemeanor stalking or simply neglected to look up TENNESSEE LAW in regards to misdemeanor stalking.

If MR. D. FANCE would have looked up TENNESSEE LAW, as an attorney he would have known that the one course of conduct that was listed in the affidavit of complaint allegedly violated would have not been enough evidence to convict me of class A misdemeanor stalking and thus could have been dismissed.

# Statement of Claim

To the involvement of Kingsport Session's Court Div III on 2/2/21 I was convicted of two (2) separate cases. The first case being a class A misdemeanor stalking and the second case being a vandalism.

EAch of the two cases involved a separate alleged victim.

The complaint is that both of these cases were documented under the same case number. Because of this, it makes the alleged victim of the vandalism look like she was also apart of the alleged misdemeanor stalking.

The Kingspot Session's court clerk as no documentation of a vandalism in my name or a case number to go with it. However there is a Restitution payment of $15 to the alleged victim of the vandalism on the same judgment order as the alleged misdemeanor stalking, under a single case number and has made both alleged victim's of two separate cases look like the where both involved in the alleged stalking, and that is false.

This has caused me futher damage

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a.     would like the United States District Court to acknowledge the mistake made by Kingsport Sessions Court and overturn the conviction

b.     compensation for lost financials/lost wages = $19,872, monthly probation fees = $540.00, court cost = $707.50, Fine $50.00, Total of $21,169.50

c.     _____

       _____

d.     _____

       _____

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____ 13 th _____ day of __ December __ , 20 23 .

_Jesse Christensen_

_____

_____

_____

Signature of plaintiff (s)

3