# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| JOSHUA MICAH CHRISTENSEN, ) | |
| ) | Case No. 2:23-cv-174 |
| *Plaintiff*, ) | |
| ) | Judge Atchley |
| v. ) | |
| ) | Magistrate Judge Wyrick |
| KINGSPORT SESSIONS COURT DIV III, ) | |
| *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having adopted the Report and Recommendation of United States Magistrate Judge Cynthia R. Wyrick [Doc. 5], recommending this case be dismissed,

It is hereby **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

> */s/ LeAnna R. Wilson*
> LeAnna R. Wilson
> CLERK OF COURT