UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JOSHUA MICAH CHRISTENSEN, | Case No. 2:23-cv-174 |
| *Plaintiff*, | Judge Atchley |
| v. | Magistrate Judge Wyrick |
| KINGSPORT SESSIONS COURT DIV III, *et al.*, | |
| *Defendants*. | |

## ORDER

On February 22, 2024, United States Magistrate Judge Cynthia R. Wyrick filed a Report and Recommendation [Doc. 12] pursuant to 28 U.S.C. § 636 and the Rules of this Court. Magistrate Judge Wyrick recommends that the Court deny Plaintiff's Motion for Leave to Appeal *in forma pauperis* [Doc. 10] and certify that any appeal in this matter would not be taken in good faith pursuant to Fed. R. App. P. 24(3)(A). [Doc. 12 at 3–4].

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has now passed.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Wyrick's conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Wyrick's findings of fact and conclusions of law as set forth in the Report and Recommendation. [Doc. 12]. Plaintiff's

---

[1] Magistrate Judge Wyrick advised that the parties had fourteen days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 12 at 4 n.3]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

Motion for Leave to Appeal *in forma pauperis* [Doc. 10] is **DENIED**, and the Court **CERTIFIES** that any appeal in this matter would not be taken in good faith pursuant to Fed. R. App. P. 24(3)(A).

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**